**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PRZYSIECKI v. EIFERT                                    Case No. 07cv0039 WQH(RBB)
                                                        **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                           Rptr.

                              Attorneys
         Plaintiffs                                Defendants

Daniel DeSoto


PROCEEDINGS:      __ In Chambers      ___ In Court      ___ Telephonic

The Court has received and reviewed, in camera, the tax returns for Defendant Shannon Eifert for 2005, 2006, and 2007. After considering the Defendant's financial condition, the Court grants Plaintiffs' Motion to Compel Deposition of Defendant Shannon Duane Eifert [doc. no. 65] with conditions. Plaintiffs' counsel and counsel for the Defendant County of Imperial and counsel for the United States (in connection with the related claim filed by Venus Angelique Hisaw) may choose from among the following: (1) travel to Wisconsin to depose Eifert, (2) fly Defendant Eifert to San Diego, and Plaintiffs and the other Defendants may share the cost of Eifert's travel and accommodations, (3) take Eifert's deposition by telephone, or (4) take a videotape deposition of Defendant Eifert. Plaintiffs' request for an award of sanctions is denied without prejudice to refiling a motion for sanctions if Defendant fails to make himself available for his deposition in accordance with this order. Defendant Eifert's tax documents are being returned to him in a separate mailing.

DATE: July 15, 2008           IT IS SO ORDERED:   /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Hayes                         INITIALS:  VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\1983\PRZYSIECKI0039\MINUTE08.wpd