# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF KYLE PRZYSIECKI, by and through its administrators, MICHAEL PRZYSIECKI and VENUS ANGELIQUE HISAW; MICHAEL PRZYSIECKI, an individual;<br><br>          Plaintiffs,<br><br>     vs.<br><br>SHANNON DUANE EIFERT; COUNTY OF IMPERIAL; IMPERIAL COUNTY SHERIFF'S DEPARTMENT; UNITED STATES; STATE OF CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; CALIFORNIA HIGHWAY PATROL; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No.:  07CV0039-WQH (RBB)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXTEND DISCOVERY CUTOFF DATE [DOC. NO. 79]**<br><br>**Hon. Ruben B. Brooks** |

ORDER GRANTING EX PARTE MOTION TO EXTEND DISCOVERY CUTOFF DATE

-1-

**07cv0039**

     Plaintiff's Ex Parte Motion to Extend the Discovery Cutoff Date came before this Court.

     After consideration of the Ex Parte Motion, the Points and Authorities attached thereto, the Declaration of Daniel A. De Soto and exhibits attached thereto, the Declaration of Charles A. Viviano, and the Court's file, the Court orders:

     1.    Discovery is continued in this matter, and discovery shall be completed by all parties on or before September 5, 2008.   All motions for discovery shall be filed no later than ten (10) days following the date upon with the event giving rise to the discovery dispute occurred.  For oral discovery, the event giving rise to the discovery dispute is the completion of the transcript of the affected portion of the deposition.  For written discovery, the event giving rise to the discovery dispute is the service of the response.

     2.    Plaintiffs' counsel shall serve a copy of this order on all parties that enter the case hereafter.

     IT IS SO ORDERED.

Dated:  August 11, 2008

                                              Ruben B. Brooks, Magistrate Judge
                                              United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28